## 24281.   GORDON v. THE STATE.

DECIDED NOVEMBER 23, 1934.

*J. A. Drake,* for plaintiff in error.
*S. M. Watson, solicitor,* contra.

GUERRY, J.   The following constitutes all of the evidence introduced in the trial of the defendant for the possession of intoxicating liquors: "B. E. Houston, sheriff of Miller county, Georgia, . . testified: My name is B. E. Houston. I am sheriff of Miller county. I know Henry Gordon. I went down near Mr. Charlie Lane's place on the 28th day of January, 1934. I had information that this boy and some others were down there drunk. I met this boy and two other boys. When Henry Gordon saw me, he threw a jug of whisky against a tree and bursted it. I knew it was whisky. It smelt like liquor. From having smelt it, I say that it is intoxicating. I know it was liquor. He had the liquor in Miller county, Georgia, this county. (Cross-examination.) I knew it was liquor. I smelt it. I saw him burst the jug. It was intoxicating. He hit a tree with it when he saw me coming. He was drinking, he wasn't drunk, but I smelt liquor on him."

This evidence was amply sufficient to support the verdict of guilty. See, in this connection, *Carroll* v. *State,* 47 *Ga. App.* 781 (171 S. E. 574); *Perkins* v. *State,* 42 *Ga. App.* 356 (156 S. E. 289); *Perry* v. *State,* 38 *Ga. App.* 689 (145 S. E. 476); *Smith* v. *State,* 17 *Ga. App.* 118 (86 S. E. 283); *Smith* v. *State,* 34 *Ga. App.* 776 (131 S. E. 185); *Parks* v. *State,* 21 *Ga. App.* 506 (94 S. E. 628).

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*